IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LINDEN JUHALA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. 3:03-CV-1137-HU<br><br>~~PROPOSED~~ ORDER |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7,500.00 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C.A. § 2412. This constitutes a complete settlement of Plaintiff's claim under the Equal Access to Justice Act.

DATED this __10__ day of __Oct__, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ David J. Burdett
DAVID J. BURDETT
Special Assistant United States Attorney
of Attorneys for Defendant

ORDER [3:03-CV-1137-HU] - Page 1